UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEMTOMETRIX INC,

Plaintiff,

v.

CHONGJI HUANG, et al.,

Defendants.

Case No.  23-mc-80332-TSH

**ORDER VACATING ORDER RE MOTION TO SEAL**

Re: Dkt. Nos. 8, 9

In light of FemtoMetrix's filing at ECF No. 9, the Court **VACATES** its January 9, 2024 order at ECF No. 8.  The Court will rule on the sealing request on the merits.  In the meantime, Defendants shall not file the materials at issue in the public record.

**IT IS SO ORDERED.**

Dated: January 11, 2024

THOMAS S. HIXSON
United States Magistrate Judge