UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEMTOMETRIX INC,

           Plaintiff,

   v.

CHONGJI HUANG, et al.,

           Defendants.

Case No. 23-mc-80332-TSH

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 5

The motion to seal at ECF No. 5 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 19, 2024

                                                THOMAS S. HIXSON
                                                United States Magistrate Judge